**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                              No. 97-7221

WILLIE VICK,
Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of North Carolina, at Raleigh.
Terrence W. Boyle, Chief District Judge.
(CR-92-113-5-BO,
CA-97-318-5-BO)

Submitted: June 23, 1999

Decided: September 21, 1999

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

_____

Remanded by unpublished per curiam opinion.

_____

**COUNSEL**

Willie Vick, Appellant Pro Se. Robert Edward Skiver, Assistant
United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Willie Vick initially appealed from the district court's finding that his 28 U.S.C.A. § 2255 (West Supp. 1999) motion was untimely under the Antiterrorism and Effective Death Penalty Act, Pub. L. No. 104-132, 110 Stat. 1214 (effective Apr. 24, 1996). This court remanded the case for a determination of whether Vick's motion was timely filed under Houston v. Lack, 487 U.S. 266 (1988). The district court then found that Vick's § 2255 motion was timely filed and returned the case to this court without addressing the merits of Vick's claims. We now remand the case for the district court to address the case on the merits. We dispense with oral argument because the facts and legal arguments are adequately presented in the materials before the court and argument would not aid the decisional process.

REMANDED